# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LARRY AMOS**                                                                                          **PLAINTIFF**
**On Behalf of Himself and All Others**
**Similarly Situated**

v.                                           5:07-CV-00050

**BAYVIEW Loan Servicing LLC**                                                    **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion to Amend Complaint (Doc. No. 11). Defendant has responded (Doc. No. 12). Plaintiff's Motion is GRANTED. Plaintiff is directed to file the Amended Complaint attached to its Motion as exhibit A by 5:00 p.m. on Friday, January 18, 2008. Based on a previous Order (Doc. No. 27), if Plaintiff chooses to file a motion for class certification, Plaintiff is directed to do so by 5:00 p.m. on Friday, January 18, 2008.

Plaintiff's Motion for Partial Summary Judgment (Doc. No. 14), Defendant's Motion for Partial Summary Judgment (Doc. No. 17), and Plaintiff's Motion to Extend Time to File Response to Motion for Summary Judgment (Doc. No. 28) are all MOOT. Plaintiff's Motion in Limine (Doc. No. 29) is DENIED without prejudice.

The bench trial in this case is being removed from the Court's docket for February 19, 2008. A new scheduling order setting out all relevant dates will be issued soon.

IT IS SO ORDERED this 11th day of January, 2008.


                                                             /s/ Wm. R. Wilson, Jr._____
                                                             UNITED STATES DISTRICT JUDGE